DELLA A. COOPER *vs.* MANIE H. BAKER, Admx., and WILLIAM H. WELLS, Admr., of the Estate of Joshua James Carey, Deceased'

*(April* 11, 1927.)

RICE and RODNEY, J. J., sitting.

*James M. Tunnell* for plaintiff.

*Frank M. Jones* for defendants.

Superior Court for Sussex County, April Term, 1927. No. 27, June Term, 1926.

RICE, J. As the alleged statement of the deceased was not an admission against interest, did not accompany any act done by him, and was not a statement of intention, it does not come within any exception to the hearsay rule; we, therefore, grant the motion to strike out. *State v. Long,* 2 *W. W. Harr.* (32 *Del.*) 380, 123 *A.* 350; *Wigmore on Evidence, vol.* 3, § 1712; *Greenleaf on Ev.,* § 108, *vol.* 1.